# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

September 17, 2007

Daniel Cornelius Sullivan

Sullivan, Hincks & Conway

122 West 22nd Street, Suite 350

Oak Brook, IL 60523


Margo Wolf O'Donnell

Vedder PriceKaufman & Kammholz

222 North Lasalle Street, Suite 2600

Chicago, IL 60523


Bryan Michael Sims

Thompson, Rosenthal & Watts, LLP

1001 East Chicago Avenue, Suite 111

Naperville, IL 60540

Justin J. Johl

Shook Hardin & Bacon

2555 Grand Boulevard

Kansas City, MO 64108


Leo Michael Tarpey

Donohue, Brown

140 S. Dearborn Street

Suite, 700

Chicago, IL 60603

## <u>LETTER ORDER</u>

**Re:    HAB Carriers, Inc. v.  Arrow Truck Sales, Inc., et al**

      **Civil Action No. 07-4390 (HAA)**

Dear Counsel:


In light of this matter's recent transfer of jurisdiction, all Counsel are to file its respective notice of appearances by **<u>October 31, 2007.</u>**  Should you have any questions please call (973) 297-4887.


      **SO ORDERED.**


                *s/Esther Salas*

                **Esther Salas, U.S.M.J**

cc:    Clerk

      Hon. Harold A. Ackerman, U.S.D.J.

      File