UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HAB Carriers, Inc.,

                Plaintiff,

v.

Arrow Truck Sales, Inc., Mack Trucks, Inc.,
National Truck Protection Company, Inc,
Scott Taylor and Rick Moore,

                Defendants.

Civil Action No. 07-04390

**ANSWER TO PLAINTIFF'S COMPLANT AFFIRMATIVE DEFENSES AND JURY DEMAND**

Defendant, National Truck Protection Company, Inc., (hereinafter referred to as "NTP") by way of answer to the Plaintiff's Complaint filed in the Circuit Court of Cook County Illinois under case number 07L003581, removed to the Federal District Court of Illinois, and subsequently transferred to the New Jersey Federal District Court, says:

### JURISDICTION AND VENUE

1. Upon information and belief, the allegations of this paragraph are admitted.

2. Upon information and belief, the allegations of this paragraph are admitted.

3. Upon information and belief, the allegations of this paragraph are admitted.

4. Upon information and belief, the allegations of this paragraph are admitted.

5. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

6. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

7. The allegations of this paragraph are denied.

## BACKGROUND OF HAB CARRIERS

8. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

9. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

10. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

11. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

12. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

13. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

14. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

15. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

16. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

17. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

18. NTP lacks sufficient information to form a belief as to the truth of the allegations of this

paragraph.

19. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

20. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

21. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

## **HISTORY OF THE TRUCKS**

22. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

23. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

24. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

25. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

26. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

27. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

28. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

29. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

## NEGOTIATION FOR AND PURCHASE OF THE TRUCKS

30. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

31. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

32. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

33. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

34. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

35. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

36. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

37. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

38. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

39. NTP lacks sufficient information to form a belief as to the truth of the allegations of this

paragraph.

40. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

41. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

42. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

43. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

44. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

45. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

46. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

47. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

48. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

49. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

50. NTP lacks sufficient information to form a belief as to the truth of the allegations of this

paragraph.

51. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

52. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

53. The allegations of this paragraph are denied. NTP admits that it issued Mack-Bulldog Certified Protection Service Contracts in substantially the same form as attached to the Complaint.

54. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

55. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

56. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

57. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

58. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

59. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

60. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

61. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

62. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

63. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

64. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

65. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

66. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

67. The allegation in this paragraph that purports to imply that NTP agreed to any splitting or sharing of the costs is denied. The remaining allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

68. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

69. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

70. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

71. NTP lacks sufficient information to form a belief as to the truth of the allegations of this

paragraph.

72. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

73. NTP admits that some repair bills were submitted by Plaintiff to NTP. NTP denies that all of the repair bills for which Plaintiff seeks recovery were submitted to NTP.

## DAMAGES TO HAB

74. NTP admits that Todd Avery placed several calls to NTP. The remaining allegations of this paragraph are denied.

75. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

76. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

77. NTP lacks sufficient information to form a belief as to the truth of the allegations of this paragraph.

78. The allegations of this paragraph directed towards NTP are denied.

79. The allegations of this paragraph directed towards NTP are denied.

## COUNT I
## FRAUD
### (Arrow Truck Sales, Taylor and Moore)

80. NTP restates and realleges its response to the allegation in paragraph 1-79 herein as if set forth at length.

81. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

82. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

83. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

84. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

85. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

86. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

87. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

88. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

89. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

WHEREFORE, Count One should be dismissed as against NTP.

## COUNT II
### ILLIMOIS CONSUMER FRAUD ACT
**(Arrow Truck Sales, Taylor and Moore)**

90. NTP restates and realleges its response to the allegation in paragraph 1-89 herein as if set forth at length.

91. The allegations of this paragraph are not directed towards Defendant, NTP and therefore,

no response by this Defendant is required.

92. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

93. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

94. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

95. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

96. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

WHEREFORE, Count Two should be dismissed as against NTP.

## COUNT III
## BREACH OF CONTRACT
### (Arrow Truck Sales)

97. NTP restates and realleges its response to the allegation in paragraph 1-96 herein as if set forth at length.

98. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

99. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

100. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

101. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

102. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

103. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

104. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

105. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

WHEREFORE, Count Three should be dismissed as against NTP.

## COUNT IV
## BREACH OF WARRANTY
### (Arrow Truck Sales)

106. NTP restates and realleges its response to the allegation in paragraph 1-105 herein as if set forth at length.

107. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

108. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

109. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

110. The allegations of this paragraph are not directed towards Defendant, NTP and therefore,

no response by this Defendant is required.

111. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

112. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

113. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

114. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

WHEREFORE, Count Four should be dismissed as against NTP.

## COUNT V
## BREACH OF WARRANTY
### (Arrow Truck Sales and Mack)

115. NTP restates and realleges its response to the allegation in paragraph 1-114 herein as if set forth at length.

116. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

117. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

118. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

119. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

120. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

WHEREFORE, Count Five should be dismissed as against NTP.

## COUNT VI
## BREACH OF THIRD PARTY BENEFICIARY CONTRACT
### (Mack Trucks)

121. NTP restates and realleges its response to the allegation in paragraph 1-120 herein as if set forth at length.

122. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

123. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

124. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

125. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

126. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

127. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

128. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

129. The allegations of this paragraph are not directed towards Defendant, NTP and therefore,

no response by this Defendant is required.

130. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

131. The allegations of this paragraph are not directed towards Defendant, NTP and therefore, no response by this Defendant is required.

WHEREFORE, Count Six should be dismissed as against NTP.

## COUNT VI
## BREACH OF WARRANTY
## (NTP)

132. NTP restates and realleges its response to the allegation in paragraph 1-131 herein as if set forth at length.

133. NTP admits that ATS requested a Mack Bulldog Certified Protection Service Contract (hereinafter referred to as the "NTP Warranty"), but denies the remaining allegations of the paragraph.

134. NTP admits the allegations of the first sentence of the paragraph, but lacks sufficient information to form a belief as to the allegations in the second paragraph.

135. The allegations of this paragraph are denied.

136. The allegations of this paragraph are denied.

137. NTP admits that some repair bills were submitted by Plaintiff to NTP. NTP denies that all of the repair bills for which Plaintiff seeks recovery were submitted to NTP.

138. NTP admits that Todd Avery placed several calls to NTP. The remaining allegations of this paragraph are denied.

139. The allegations of this paragraph are not directed towards Defendant, NTP and therefore,

no response by this Defendant is required.

140. The allegations of this paragraph are denied.

WHEREFORE, Count Seven should be dismissed as against NTP.

## AFFIRMATIVE DEFENSES

1. The Complaint is barred by Plaintiff's own breach of the implied covenant of good faith and fair dealing.

2. The Complaint is barred by Plaintiff's own assumption of risk.

3. The Complaint is barred by Plaintiff's failure to comply with conditions precedent.

4. The Complaint is barred by the doctrine of avoidable consequences.

5. Any injuries or damages which may have been sustained by Plaintiff were caused through the sole negligence of a third party or parties over whom the answering Defendant exercised no control.

6. Any liability which might otherwise be imposed upon the answering Defendant must be reduced by the application of the standard of comparative and/or contributory negligence.

7. The Complaint is barred pursuant to the express terms of the warranty between the parties.

8. The Defendant owed no duty to the Plaintiff either express or implied.

9. Plaintiff's claim is barred by the statute of limitations.

10. The Complaint fails to state a cause of action upon which relief can be granted.

11. The Complaint is barred by the Doctrines of laches, estoppel and waiver.

12. The Complaint is barred by Plaintiff's own misrepresentations.

13. The Complaint is barred by the Doctrine of Unclean Hands.

14. The Plaintiff failed to mitigate Plaintiff's own damages, if any.

15. The Complaint is barred since Plaintiff has suffered no damages.

16. Defendant reserves the right (pending the completion of discovery) to assert such additional defenses as may exist or be discovered.

Dated: 5/15/08

**PEARCE FLEISIG, L.L.C.**
Attorneys for Defendant, National Truck Protection Company, Inc.

By: _____
Randy T. Pearce, Esq.

## JURY DEMAND

Defendant demands a trial by jury regarding all matters alleged.

Dated: 5/15/08

**PEARCE FLEISIG, L.L.C.**
Attorneys for Defendant, National Truck Protection Company, Inc.

By: _____
Randy T. Pearce, Esq.

## LOCAL RULE 11.2 CERTIFICATION

The matter in controversy is not the subject of any action pending in any other Court or any pending arbitration or administrative proceeding.

Dated: 5/15/08

**PEARCE FLEISIG, L.L.C.**
Attorneys for Defendant, National Truck Protection Company, Inc.

By: _____
Randy T. Pearce, Esq.

## VERIFICATION

1. I am a Claims Administrator and Customer Service Representative for National Trucking Protection Company, Inc.

2. As such, I am charged with the handling and administration of the NTP's service contracts.

3. I have read the foregoing Answer.

4. The facts pleaded in the said Answer are true based upon my personal knowledge.

5. I certify that the above statements made by me are true. I am aware that if any of the foregoing statement made by me are willfully false, I am subject to punishment.

Dated: 5/15/08

Darrin Kanouse