**William J. Salmond, Esq.**
**1030 Route 202 South**
**Branchburg, New Jersey 08876**
**(908) 725-9130**
**Attorneys for Defendant, Mack Trucks, Inc.**

| | |
|---|---|
| **HAB CARRIERS, INC, an Illinois Corporation,** <br><br> Plaintiff(s), <br><br> vs. <br><br> **ARROW TRUCK SALES, INC., a Missouri Corporation, MACK TRUCKS, INC., a Pennsylvania Corporation, NATIONAL TRUCK PROTECTION COMPANY, INC., a New Jersey Corporation, SCOTT TAYLOR, an individual, and RICK MOORE, an individual,** <br><br> Defendant(s). | **United States District Court** <br> **District of New Jersey** <br><br> **Docket No. 07-04390 (HAA)(ES)** <br><br> **Civil Action** <br><br> Disclosure Statement of Mack Trucks, Inc <br><br> Pursuant to Rule 7.1(a) |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Mack Trucks, Inc, by and through its attorneys hereby discloses the following information:

1.    Mack Trucks, Inc. is a wholly owned subsidiary of Volvo AB;

2.    Mack Trucks, Inc. is a wholly owned subsidiary of Volvo AB.

Respectfully submitted

William J Salmond, Esq
Attorney for Defendant Mack Trucks, Inc.


By: s/ William J Salmond, Esq.
William J Salmond, Esq.