# William J. Salmond, Esq.

1030 Route 202 South
Branchburg, NJ 08876
908-725-9130 / 908-725-1411
908-707-4694 fax
e-mail wsalmond@laublaw.com

**Certified as a Civil Trial Attorney
by the New Jersey Supreme Court**

**Bar Admissions:**
New Jersey
New York

July 28, 2009

The Honorable Esther Salas, USMJ
United States Magistrate Judge
US District Court of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Room 2060
Newark, New Jersey 07101

**Re:** **HAB Carriers, Inc. v. Mack Trucks, Inc.**
**Docket No. 07-CV-04390 (HAA) (ES)**
**Our File No. 5000.D1972**

Dear Magistrate Salas:

Please be advised that on behalf of my client, Mack Trucks, Inc., I herewith join in the application made by counsel for Arrow to compel production of the settlement agreement between HAB and NTP.

Very truly yours,

By: /s/ William Salmond
William Salmond

WJS/hsd

cc: Matthew Barrette, Esq.
Francis F. Quinn, Esq.
Justin J. Johl, Esq.
Charles S. Caranicas, Esq.
Randy T. Pearce, Esq.

Certified in Civil Trial Advocacy by the National Board of Trial Advocacy and the American Board of Trial Advocates