UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAB Carriers, Inc., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 07-04390 (HAA) |
| | ) |
| v. | ) |
| | ) |
| Arrow Truck Sales, Inc., et al. | ) ORDER |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** having come before the Court on the respective letter requests of the parties concerning the disclosure to Defendants in the above-entitled action of the Confidential Settlement Agreement entered into by and between HAB Carriers, Inc. and National Truck Protection Co., Inc., upon agreement of the parties, and for good cause shown,

**IT IS** on this 31st day of July, 2009,

**ORDERED THAT:**

HAB Carriers, Inc. shall be entitled to and shall produce to counsel for Arrow Truck Sales, Inc., Richard Moore, Scott Taylor, and counsel for Mack Trucks, Inc., the Confidential Settlement Agreement entered into by and between HAB Carriers, Inc. and National Truck Protection Co., Inc.

ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE