United States District Court
for the District of New Jersey

_____

**HAB CARRIERS, INC.**

        Plaintiff

        vs.

**ARROW TRUCK SALES, INC., ET AL**

        Defendant
_____

Civil No. 07-4390

Order of Reassignment

It is on this 10th day of August 2009,

O R D E R E D that the entitled action is reassigned

from Judge Harold A. Ackerman to Judge Garrett E. Brown

          S/Garrett E. Brown, Jr.
        Garrett E. Brown, Jr., Chief Judge
        United States District Court