UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAB CARRIERS, INC., an Illinois corporation, | Hon. Garrett E. Brown, Jr. |
| Plaintiff, | Civil Action No. 07-4390 (GEB) |
| v. | **ORDER** |
| ARROW TRUCK SALES, INC. a Missouri corporation, MACK TRUCKS, INC., a Pennsylvania corporation, NATIONAL TRUCK PROTECTION COMPANY, INC., a New Jersey corporation, SCOTT TAYLOR, an individual, and RICK MOORE, an individual, | |
| Defendants. | |

This matter having come before the Court upon Plaintiff HAB Carriers, Inc.'s Motion to Transfer Venue; and this Court having reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 19th day of August, 2009,

ORDERED that Plaintiff's motion to transfer venue to the Northern District of Illinois (Doc. No. 89) is GRANTED; and it is further

ORDERED that the Clerk of the Court transfer this case to the Northern District of Illinois.

s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.